# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 02-3536

_____

| | |
|---|---|
| Jeffrey D. Armstrong, Individually, | * |
| | * |
| Plaintiff, | * |
| | * |
| William Lawrence, doing business as | * |
| Native American Press/Ojibwe News, | * |
| | * |
| Appellant, | * |
| | * |
| v. | * |
| | * |
| Mille Lacs Tribal Police Department; | * |
| Mille Lacs Band of Chippewa Indians; | * |
| Marc R. Gabiger, Individually, | * |
| | * |
| Appellees. | * |

_____

No. 02-3556

_____

Appeals from the United States
District Court for the
District of Minnesota.

[UNPUBLISHED]

| | |
|---|---|
| Jeffrey D. Armstrong, Individually, | * |
| | * |
| Appellant, | * |
| | * |
| William Lawrence, doing business as | * |
| Native American Press/Ojibwe News, | * |
| | * |
| Plaintiff, | * |
| | * |

                    v.                          *
                                                *
Mille Lacs Tribal Police Department;            *
Mille Lacs Band of Chippewa Indians;            *
Marc R. Gabiger, Individually,                  *
                                                *
                    Appellees.                  *

                        _____

                 Submitted:  May 7, 2003
                    Filed:  May 27, 2003
                        _____

Before MELLOY, FAGG, and SMITH, Circuit Judges.
                        _____

PER CURIAM.

     In these consolidated appeals, Jeffrey D. Armstrong and William Lawrence--d/b/a Native American Press/Ojibwe News--appeal the district court's[1] adverse grant of summary judgment in their 42 U.S.C. § 1983 action.  Having carefully reviewed the record, see Spencer v. Knapheide Truck Equip. Co., 183 F.3d 902, 904-05 (8th Cir. 1999) (standard of review), cert. denied, 528 U.S. 1157 (2000), we agree with the district court's thorough analysis; and we decline to address the new arguments and allegations appellants raise, see Orr v. Wal-Mart Stores, Inc., 297 F.3d 720, 725 (8th Cir. 2002).  Accordingly, we affirm.  See 8th Cir. R. 47B.

_____

[1]The Honorable Raymond L. Erickson, United States Magistrate Judge for the District of Minnesota, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.